**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TITUS BANKS, 1470843,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-1621-O |
| ) | ECF |
| **SINDHU ALEXANDER STOVALL,** ) | |
| **Defendant.** ) | |

ORDER

Under authority of 28 U.S.C. § 636(b), this *pro se* action was referred to U.S. Magistrate Judge Paul D. Stickney for screening pursuant to 28 U.S.C. § 1915. On February 20, 2009, the Magistrate Judge issued his Findings and Recommendations recommending that Plaintiff's complaint be dismissed with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Doc. No. 7. On March 9, 2009, Plaintiff filed his objections to the Magistrate Judge's Findings and Recommendations. Doc. No. 8.

After conducting a review *de novo* of the pleadings, files and records in this case, the Findings and Recommendation of the Magistrate Judge, and the objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that they are correct and are hereby accepted as the Findings of the Court.

SO ORDERED this 31st day of March, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**